IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00018-RPM

JOSEPH MARK MONDRAGON,

    Plaintiff,
v.

PTS OF AMERICA, LLC DBA PRISONER TRANSPORTATION SERVICES;
JEFFERSON COUNTY, COLORADO;
CORRECTIONAL HEALTHCARE COMPANIES, INC.;
CORRECTIONAL HEALTHCARE PHYSICIANS, P.C.;
CORRECT CARE SOLUTIONS, LLC;
[first name unknown] Remmels, individually; and
[first name unknown] Maebers, individually; and
JOHN DOES 1-30, individually,

    Defendants.

_____

ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY
_____

Pursuant to Plaintiff's Emergency Motion to Amend Order Granting Plaintiff's Request for Expedited Discovery [21], it is

ORDERED that Defendant PTS shall identify all the officers involved in Plaintiff's March 21-31, 2014, transport; the supervisors of those officers and anyone else who was involved in the transport no later than March 16, 2016.

DATED: March 11th, 2016

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge