IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00018-RPM

JOSEPH MARK MONDRAGON,

      Plaintiff,

v.

PTS OF AMERICA, LLC DBA PRISONER TRANSPORTATION SERVICES;
JEFFERSON COUNTY, COLORADO;
CORRECTIONAL HEALTHCARE COMPANIES, INC.;
CORRECTIONAL HEALTHCARE PHYSICIANS, P.C.;
CORRECT CARE SOLUTIONS, LLC;
[first name unknown] Remmels, individually; and
[first name unknown] Maebers, individually; and
JOHN DOES 1-30, individually,

      Defendants.

_____

ORDER DISMISSING CERTAIN DEFENDANTS
_____

      Upon review of Plaintiff's Motion to Dismiss Certain Defendants [Doc. 24], it is

      ORDERED that Defendants Jefferson County, Colorado; Correctional Healthcare

Companies, Inc.; Correctional Healthcare Physicians, P.C.; Remmels; and Maebers are

dismissed without prejudice.  It is

      FURTHER ORDERED that all claims against Defendant Correct Care Solutions,

LLC are dismissed with prejudice.

      DATED: March 14th, 2016

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior Judge