# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00018-RPM

JOSEPH MARK MONDRAGON,

    Plaintiff,

v.

PTS OF AMERICA, LLC DBA PRISONER TRANSPORTATION SERVICES;
SANDRA ALBERT, individually;
DAWN KRAMER, individually;
JAMES C. CROOK, individually;
STEVEN EDWARDS, individually; and
STEFAN SAUNDERS, individually,

    Defendants.

---

### DECLARATION OF SANDRA ALBERD PURSUANT TO 28 U.S.C. § 1746

---

I, Sandra Alberd, declare as follows:

1. I reside in Camden, Tennessee. I have lived in Tennessee my entire life.

2. Until approximately May of 2016, I was employed by PTS of America, LLC ("PTS") as an extradition agent. In that capacity, I accompanied inmates on interstate transfers in my role as the Officer in Charge. I retired from PTS in or about May of 2016.

3. **Exhibit 1** attached here is a true and correct copy of the Activities Log maintained by PTS regarding my assignments from March 19, 2014 through March 24, 2014. As documented by the log, I participated in a trip for PTS that included a stop in Albuquerque, New Mexico on March 22, 2014, where Plaintiff Mondragon alleges he was picked up. (Second Amended Compl. ¶ 23). From there I and other PTS employees accompanied 13-20 prisoners from New Mexico through Texas, Oklahoma, and Missouri before transferring responsibility for

the prisoners in Owensboro, Kentucky on March 24, 2014. Thereafter, I traveled without prisoners to Franklin, Kentucky and then to Nashville, Tennessee, where my trip ended.

4. I have never resided in Colorado, nor do I have any family ties to Colorado.

5. I have never owned property in Colorado or received mail in Colorado.

6. I have never voted in a Colorado election.

7. I have never held a Colorado driver's license.

8. I have never paid taxes to Colorado.

9. I have never vacationed in Colorado.

10. I have only been to Colorado in connection with my former employment transporting inmates throughout the United States, which at times included stopping in or passing through Colorado.

11. I have never filed a lawsuit against any person or entity in any court in Colorado.

12. To my knowledge, I have never been named as a party to any lawsuit in Colorado other than this litigation.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of November, 2016.

*Sandra Alberd*
Sandra Alberd

2

# EXHIBIT 1

# ACTIVITIES LOG

**OIC:** Albert
**Agent A:** Crook
**Agent B:** Edwards
**C/I:** Hester
**Manifest#** 0318
**Vehicle#** 218
**Beginning Date:** 3-14-14
**Ending Date:** 3-25-14

**Page #** OF 2

| # | Date | Time In | Mileage | Driver | Arrival/Departure Location | Time Out | # of POB | Comments Purpose of Stop | Vehicle Maint. | Fuel Amount | X (X=Cash) | Prisoner Food | Agent Housing | Misc. (Identify) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/19 | 0000 | 66908 | C/A | Munes Park AZ | 1215 | 9 | D/C Fuel | | 122.00 | | | | |
| 2 | 3/19 | 0215 | 67032 | A | Phoenix, AZ | 0415 | 16 | P/U (7) RR | | | | | | Meds 11.99 |
| 3 | 3/19 | 0445 | 67044 | A | Phoenix, AZ | 0615 | 16 | Pharmacy P/U meds | | | | | | |
| 4 | 3/19 | 0545 | 67064 | A | Phoenix AZ | 0730 | 16 | Fuel Fed RR | | 112.82 | | 51.31 | | |
| 5 | 3/19 | 0800 | 670 93 | A/B | Goodyear AZ | 0915 | 15 | P/C D/O -1 RR | | | | | | |
| 6 | 3/19 | 1215 | 671 97 | B | Florence AZ | 1230 | 15 | RR | | | | | | |
| 7 | 3/19 | 1300 | 672 21 | B | Tucson AZ | 1345 | 14 | D/O (1) Get Fax | | | | | | |
| 8 | 3/19 | 1445 | 672 61 | B/C | Benson AZ | 1600 | 14 | Fed (14) D/C | | | | 45.16 | | |
| 9 | 3/19 | 1715 | 673 21 | C | Bisbee AZ | 1845 | 13 | D/O (1) RR | | | | | | water 20.00 |
| 10 | 3/19 | 2045 | 674 20 | C | Tucson AZ | 2145 | 13 | Water Fed (13) | | | | 30.64 | | |
| 11 | 3/19 | 2345 | 677 87 | C/A | Eloy AZ | 0015 | 13 | Fuel D/C | | 192.93 | | | | |
| 12 | 3/20 | 0415 | 677 28 | A | El Centro CA | 0615 | 13 | P/U 8 RR | | | | | | |
| 13 | 3/20 | 0800 | 678 25 | A/B | El Cajon CA | 0915 | 13 | P/U D/C RR | | | | 28.34 | | |
| 14 | 3/20 | 1000 | 678 45 | B | San Diego CA | 1400 | 16 | P/U BR Get Fax (3 Get Meds Filled) | | | | | | |
| 15 | 3/20 | 1534 | 679 84 | B/C | Sun City Co | 1715 | 16 | Fuel Fed (16) DC RR | - | 196.21 | | 96.41 | | |
| 16 | 3/20 | 1815 | 679 49 | C | Riverside Co | 1900 | 17 | P/U (1) | | | | | | |
| 17 | 3/20 | 1930 | 679 95 | C | Rancho Cucamonga Co | 2100 | 19 | P/U (2) RR | | | | | | |
| 18 | 3/20 | 2315 | 679 89 | C/A | San Bernadeno CA | 030 | 19 | Fed (19) RR | | | | 106.79 | | |
| 19 | 3/21 | 0200 | 680 89 | A | Baker CA | 0215 | 19 | Fuel w/tire | | 99.50 | | | | |
| 20 | 3/21 | 0400 | 681 94 | A | Las Vegas | 0645 | 17 | D/O -13 RR P/U (3) | | | | | | |

**RR** Restroom Break
**(#) B_LD** Fed (#) Prisoners meal
**P/U** Pick Up Prisoner

**POB** Prisoner on Board
**RON** Rest Over Night
**D/O** Drop Off Prisoner

****Use reverse side on corresponding line for comments

Revised 02/11

# ACTIVITIES LOG

OIC: Albert
Agent A: Crook
Agent B: Edwards   C-Hester

Manifest# 0318   Beginning Date 3/19/14
Vehicle# 218   Ending Date 3/25/14

Page # 3 OF ___

| # | Date | Time In | Mileage | Driver | Arrival/Departure Location | Time Out | # of POB | Comments Purpose of Stop | Vehicle Maint. | Fuel Amount | x | Prisoner Food | Agent Housing | Misc. (Indentify) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/21 | 0715 | 685 / 206 | A/B | N. Los Vegas NM | 1100 | 17 | Dump Fed, Showers, Fuel, RR | | 98.33 | | 65.97 | | Dump/Shower 30.00 |
| 2 | 3/21 | 1315 | 683 / 54 | B | Kingman AZ | 1415 | 17 | Fed (17) RR MEDs | | | | 111.35 | | OTC supply 10.81 |
| 3 | 3/21 | 1545 | 684 / 69 | B/C | Ashfork AZ | 1615 | 17 | Fuel CD | | 102.00 | | | | |
| 4 | 3/21 | 1800 | 685 / 17 | C | Winslow AZ | 1945 | 17 | Fed (17) RR | | | | 70.65 | | water 10.30 |
| 5 | 3/22 | 0000 | 687 / 78 | A | Albuquerque NM | 0345 | 13 | DB (6) P/u (2) P/u RR | | | | | | |
| 6 | 3/22 | 0315 | 687 / 89 | A | Albuquerque NM | 0345 | 13 | Fuel | | 105.45 | | | | |
| 7 | 3/22 | 0430 | 688 / 34 | A | Moriarty NM | 0445 | 13 | RR | | | | | | |
| 8 | 3/22 | 0745 | 689 / 24 | A/B | Roswell NM | 0900 | 13 | Fed Fuel RR D/C | | 105.00 | | 21.94 | | |
| 9 | 3/22 | 1030 | 690 / 90 | B | Lovington NM | 1145 | 15 | P/u (2) | | | | | | |
| 10 | 3/22 | 1315 | 691 / 51 | B | Brownsfield TX | 1445 | 15 | Fed (15) RR | | | | 72.91 | | |
| 11 | 3/22 | 1600 | 692 / 46 | B/C | Floydada TX | 1615 | 15 | D/C | | | | | | |
| 12 | 3/22 | 1845 | 644 / 50 | C | Sayre OK | 1930 | 15 | Fuel RR | | 215.97 | | | | |
| 13 | 3/23 | 2045 | 694 / 63 | C | Elk City OK | 2130 | 15 | Fed (15) RR | | | | 81.44 | | |
| 14 | 3/22 | 2215 | 694 / 97 | C | Arapaho OK | 2300 | 15 | Pk(1) and w/o P/u | | | | | | |
| 15 | 3/23 | 2345 | 695 / 37 | C/A | Hinton OK | 0000 | 15 | D/C RR | | | | | | |
| 16 | 3/23 | 0105 | 695 / 87 | A | Oklahoma City OK | 0145 | 16 | P/u (1) | | | | | | |
| 17 | 3/23 | 0315 | 696 / 40 | A | Cushing OK | 0345 | 16 | RR | | | | | | |
| 18 | 3/23 | 0445 | 697 / 13 | A | Tulsa OK | 0515 | 17 | P/u (1) RR | | | | | | Cash Water 8.70 |
| 19 | 3/23 | 0630 | 69755 | A/B | Wagoner OK | 0800 | 18 | P/u (1+1) Fed RR DC | | | | 39.17 | | |
| 20 | 3/23 | 0820 | 692 / 82 | B | Pryor OK | 0915 | 19 | P/u | | | | | | |

RR   Restroom Break   POB Prisoner on Board
(#) BL,D  Fed (#) Prisoners meal   RON Rest Over Night
P/U  Pick Up Prisoner   D/O Drop Off Prisoner

***Use reverse side on corresponding line for comments

Revised 02/11

# ACTIVITIES LOG

OIC: Albert
Agent A: Rook
Agent B: Edwards / C Hestru

Manifest # 0314    Beginning Date 3/4/14
Vehicle # 218      Ending Date 3/25/14

Page # 4 OF __

| # | Date | Time In | Mileage | Driver | Arrival/Departure Location | Time Out | # of POB | Comments Purpose of Stop | Vehicle Maint. | Fuel Amount (X=Cash) | X | Prisoner Food | Agent Housing | Misc. (Identify) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/23 | 1045 | 698 26 | B | Alton OK | 1106 | 19 | Fuel (cash) | | Cash 186.00 | | | | |
| 2 | 3/23 | 1245 | 698 93 | B | Monett Mo | 1330 | 19 | Fed(19 RR | | | | 101.69 | | |
| 3 | 3/23 | 1515 | 699 56 | B/C | Forsythe Mb | 1600 | 20 | P/U(1) D/C | | | | | | |
| 4 | 3/23 | 1930 | 701 55 | C | Ashland Mo | 2030 | 26 | Fed(20) RR | | | | 120.50 | | |
| 5 | 3/23 | 2160 | 701 73 | C | Columbia MO | 2115 | 19 +8 | D/O (1) | | | | | | |
| 6 | 3/23 | 0315 | 702 25 | C | Manchester MD | 2330 | 19 | Fuel | | 200.00 | | | | |
| 7 | 3/24 | 0000 | 702 98 | C/A | ARNOLD MO | 0015 | 19 | D/L | | | | | | |
| 8 | 3/24 | 0030 | 703 19 | A | Hillsboro MO | 0100 | 18 | D/O-1 RR unty | | | | | | |
| 9 | 3/24 | 0145 | 703 53 | A | Clayton MD | 0245 | 20 | P/U +2 | | | | | | |
| 10 | 3/24 | 0630 | 705 54 | A/B | Owensboro Ky | 0800 | 0 | D/O (-20) D/C | | | | | | |
| 11 | 3/24 | 0930 | 704 76 | B | Franklin Ky | 1115 | 0 | Fuel Cash Wash Transporter | | 150.00 | | | | Cash 48.00 |
| 12 | 3/24 | 1145 | 707 19 | B | Nashville TN | 1200 | 0 | END TRIP | | | | | | |
| 13 | 3/24 | | | | Nashville TN | 1200 | 0 | 24HR ROV OK PER Lockey | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |

RR   Restroom Break                POB   Prisoner on Board
(#)B,L,D   Fed (#) Prisoners meal   RON   Rest Over Night
P/U   Pick Up Prisoner              D/O   Drop Off Prisoner

****Use reverse side on corresponding line for comments

Revised 02/11